PD-0795-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/29/2015 12:00:00 AM
Accepted 6/29/2015 4:14:54 PM
ABEL ACOSTA
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | |
|---|---|---|
| CARL SMITH | § | |
| | § | |
| VS. | § | CASE NO. |
| | § | |
| THE STATE OF TEXAS | § | |

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, the appellant, Carl Lee Smith, by and through his assistant public defender Jani J. Maselli Wood, and respectfully moves the Court to grant an additional thirty days to file the petitions for discretionary review and for good cause would show:

I.

Mr. Smith was convicted of capital murder and sentenced to life without parole. His conviction was affirmed on June 16, 2015 in an unpublished opinion in Cause Number 14-13-00595-CR.

II.

The petitions is due July 16, 2015. Mr. Smith is requesting an additional thirty days to prepare the petition until August 15, 2015

III.

FILED IN
COURT OF CRIMINAL APPEALS

June 29, 2015

ABEL ACOSTA, CLERK

Undersigned counsel has numerous deadlines in the next thirty days and has been working diligently to handle all her cases:

**Filed Cases**

Brief for *Joe Bowden v. State*, 14-14-00955-CR filed on May 28, 2015;

Brief filed in *Mary Kuol v. State*, 14-14-01008-CR filed on June 2, 2015

Brief filed in *Marcus Jamez Lewis v. State*, 14-14-00779-CR on June 28, 2015

**PDR's due** (NFE because of previous extensions)

*Gregorio Guerrero v. State*, due 7/15/2015;

*Kenneth McAfee v. State*, due 7/13/2015

**Briefs due**:

Brief after PDR granted due in *Joshua London v. State*, due July 24, 2015

*Lawrence Glover v. State*, 14-15-00082-CR - due July 13, 2015

*Shaun Briggs v. State*, 01-15-00269-CR - due July 15, 2015

*Carl Lovings v. State*, 14-15-00167-CR - due on July 19, 2015

*Mario Dunn v. State*, 14-15-00340-CR - due on July 27, 2015

**CLE**

Counsel is the course director and will be attending Train the Trainers and a CDLP training in South Padre Island from July 7-11, 2015.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this Court grant an additional 30 days to file the petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas
*/s/ Jani J. Maselli Wood*

_____
JANI J. MASELLI WOOD
State Bar No. 00791195
1201 Franklin Street, 13th Floor
Houston, TX 77002
(713) 274-6721
Attorney for Appellant,
**Carl Lee Smith**


## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. Proc. 9.5, this certifies that on June 28, 2015, a copy of the foregoing was emailed to Lisa McMinn, State Prosecuting Attorney, and the Harris County District Attorney's Office through texfile.com at the following address:

Eric Kugler
Assistant District Attorney
1201 Franklin Street, 6th Floor
Houston, TX 77002
Kugler_Eric@dao.hctx.net

Lisa McMinn
Lisa.McMinn@SPA.texas.gov

*/s/ Jani J. Maselli Wood*

_____
**JANI J. MASELLI WOOD**

-3-